UNITED STATES of America, Plaintiff–Appellee,

v.

Yamil MORENO, Defendant–Appellant.

No. 10–12819

Non–Argument Calendar.

United States Court of Appeals, Eleventh Circuit.

Feb. 3, 2011.

Anne R. Schultz, Derek Bentsen, Wifredo A. Ferrer, U.S. Attorney, Jon M. Juenger, U.S. Attorney's Office, Miami, FL, for Plaintiff–Appellee.

Thomas Franklin Almon, Jr., Miami, FL, for Defendant–Appellant.

Before TJOFLAT, BLACK and ANDERSON, Circuit Judges.

PER CURIAM:

Thomas Almon, appointed counsel for Yamil Moreno in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Moreno's convictions and sentences are **AFFIRMED.**